IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**KAREN FORESTER and JOEL FORESTER**                              **PLAINTIFFS**

**v.**                        **Case No. 3:11-cv-00276-KGB**

**JOHNSON & JOHNSON, and**
**ETHICON, INC.**                                                                        **DEFENDANTS**

## **ORDER**

Before the Court is defendants' motion for withdrawal of certain counsel (Dkt. No. 18). Defendants Johnson & Johnson and Ethicon, Inc., request that the Court permit withdrawal of attorneys Christy Jones, William Gage, David Thomas, Phillip Combs, Susan Robinson, Sarah Martin, Michael Hewes, and Kari Sutherland. The motion represents that these attorneys were involved in the Multi-District Litigation ("MDL"), MDL 2327 in the Southern District of West Virginia, but will not participate in further proceedings before this Court. For good cause shown, the Court grants the motion (Dkt. No. 18). These attorneys are hereby terminated as counsel of record for defendants in this matter.

So ordered this the 30th day of August, 2017.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge