**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**KAREN H. FORESTER and**                                                    **PLAINTIFFS**
**JOEL FORESTER**

**v.**                              **Case No. 3:11-cv-00276-KGB**

**JOHNSON & JOHNSON INC, and**
**ETHICON INC.**                                                              **DEFENDANTS**

## ORDER

Before the Court is the parties' joint stipulation of dismissal without prejudice (Dkt. No. 20). Counsel for all parties have signed the stipulation (*Id.*, at 2). Accordingly, the stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the joint stipulation of dismissal without prejudice (Dkt. No. 20). The Court dismisses without prejudice this action and finds that each party shall bear their own fees and costs.

So ordered this 21st day of June 2019.

_____
Kristine G. Baker
United States District Judge